JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAVOSH G. BOROJENI,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JEH JOHNSON, SECRETARY OF HOMELAND SECURITY,<br><br>　　　　　　Defendant. | Case No. CV 14-06941 DMG (SSx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Orders re Defendant's Motion for Summary Judgment [Doc. ## 35, 44],

　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Jeh Johnson, Secretary of Homeland Security, and against Plaintiff Siavosh G. Borojeni.

DATED: February 9, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE